IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PETITIONER |
| V. | CAUSE NO. 3:16-MC-00968-CWR-FKB |
| BRENNAN L. FRANCOIS | RESPONDENT |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court pursuant to the Report and Recommendation of United States Magistrate Judge F. Keith Ball entered on April 3, 2017. Docket No. 5. Therein, Judge Ball recommended this Court direct respondent to appear before Rita T. Collins, Revenue Officer, Internal Revenue Service, at 10:00 a.m. on April 24, 2017, for the purpose of full compliance with the IRS summons, served upon respondent on May 24, 2016. Judge Ball further recommended, in the event of respondent's failure to comply, a bench warrant should issue. On May 16, 2017, the United States filed with this Court notice of respondent's failure to comply. Docket No. 7. Therein, the government notes that respondent did not receive service of the April 3, 2017 Report and Recommendation until April 25, 2017, the day following the scheduled appearance before Revenue Officer Collins. Ms. Collins, therefore, requested respondent deliver the required financial statements to her office by May 15, 2017. Respondent failed to comply. This court, finding that a bench warrant should issue for respondent's failure to comply, hereby adopts said Report and Recommendation as the order of this court.

**SO ORDERED**, this the 18th day of May, 2017.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE